UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **JIMMY L. FOSTER** **#86444** | **CIVIL ACTION NO. 22-0198** **SECTION P** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **STEVE PRATOR, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Jimmy Foster's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers, Shreveport, Louisiana, this 21st day of July, 2022.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT